EUGENE ZAISS, Respondent, v. GEORGE C. HEIMERDINGER COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to plaintiff's right

to move for inspection of books after issue joined upon proper papers. The plaintiff's petition shows that he has sufficient information upon which to frame a complaint, and defendant has the right to answer and if necessary to try the main issue as to the existence and performance of the alleged contract before being subjected to the inspection of its private books and papers. Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ., concurred.

